1 Alvin L. Pittman, Esq., [SBN: 127009]
2 LAW OFFICES OF ALVIN L. PITTMAN
  5933 W. Century Blvd., Ste. 230
3 Los Angeles, CA  90045
4 (310) 337-3077 Tel.
  (310) 337-3080 Fax.
5 Email: office@apittman-law.com

6 Attorney for Plaintiff, GEOFFREY McCRARY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| GEOFFREY MCCRARY,<br><br>Plaintiff,<br><br>vs.<br><br>STANDARDAERO and DOES 1 through 25, Inclusive,<br><br>Defendants. | CASE NO.: 2:09-cv-8186-PSG-FMOx<br>[Hon. Philip S. Gutierrez]<br><br>**NOTICE OF SETTLEMENT**<br><br>Discovery Cut-Off: 07-26-10<br>Pre-Trial Conference: 10-04-10<br>Trial Date:  10-26-10 |
|---|---|

TO THE CLERK AND DEFENDANT AND ITS ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that the parties in the above-entitled action have reached a settlement.  Plaintiff has signed the settlement agreement and is awaiting completion of signatures of all parties.

**LAW OFFICES OF ALVIN L. PITTMAN**
ATTORNEYS AT LAW

1
NOTICE OF SETTLEMENT

| | |
|---|---|
| 1 | |
| 2  DATED: August 9, 2010 | LAW OFFICES OF ALVIN L. PITTMAN |
| 3 | |
| 4 | By: */s/ Alvin L. Pittman* |
|   | ALVIN L. PITTMAN (SBN 127009) |
| 5 | AttorneyS for Plaintiff, GEOFFREY McCRARY |
| 6 | E-mail: *office@apittman-law.com* |

1
2   DATED: August 9, 2010            LAW OFFICES OF ALVIN L. PITTMAN
3
4                                    By: */s/ Alvin L. Pittman*
                                         ALVIN L. PITTMAN (SBN 127009)
5                                        AttorneyS for Plaintiff, GEOFFREY
                                         McCRARY
6                                        E-mail: *office@apittman-law.com*
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**LAW OFFICES OF ALVIN L. PITTMAN**

ATTORNEYS AT LAW

2
**NOTICE OF SETTLEMENT**

Certificate of Service

I hereby certify that on this 9th day of August, 2010, I electronically filed a true and correct copy of the foregoing NOTICE OF SETTLEMENT with the Clerk of Court using the Court's CM/ECF system, which will automatically send email notification of electronic filing to the following attorneys for defendant: John G. Kerkorian and Craig C. Hoffman of Ballard Spahr LLP, 3300 N. Central Avenue, Suite 1800, Phoenix, Arizona 85012 at kerkorianj@ballardspahr.com and at hoffmanc@ballardspahr.com

/s/ Alvin L. Pittman
By: ALVIN L. PITTMAN (SB#127009)
Attorney for Plaintiff
Geoffrey McCrary
E-mail: office@apittman-law.com